UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Mike Spalla, d/b/a
Jingle Cats Music,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Narvarre Corporation,

Defendant.

Civ. No. 01-598(PAM/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Paul A. Magnuson, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: October 4th, 2002
At Duluth, Minnesota

FILED OCT 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______