UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mike Spalla d/b/a Jingle Cats Music,

Plaintiff,

vs.

Navarre Corporation,

Defendant.

Case No.: 01-CV-598 (PAM/RLE)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The parties hereto, through their undersigned respective counsel, hereby stipulate and agree that the above-captioned action is hereby dismissed with prejudice and on the merits, and without further cost to any party.

Dated: December 3, 2002

FLYNN GASKINS & BENNETT

By: [signature]
William J. Tipping, # 170343

333 South Seventh Street
Suite 2900
Minneapolis, Minnesota 55402
(612) 333-9500

Attorneys for Plaintiff

Dated: Nov 19, 2002

WINTHROP & WEINSTINE, P.A.

By: [signature]
Jeffrey R. Ansel, #166224
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400

Attorneys for Defendant

DEC 0 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS SO ORDERED.

Dated: December 7, 2002

BY THE COURT:

Paul A. Magnuson
United States District Judge

idmsstp:668119_1